730

*Messrs. Arthur J. W. Hilly* and *Joseph A. Devery* for petitioner. *Attorney General Mitchell, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston, W. Marvin Smith,* and *Thad H. Brown* for respondent.

No. 613. RICE ET AL. *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James A. Reed, Louis Titus,* and *John Wattawa* for petitioners. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.

No. 616. LEIDESDORF, TRUSTEE IN BANKRUPTCY, *v.* UNION INDEMNITY Co. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bernard Hershkopf* for petitioner. *Mr. Robert H. Elder* for respondent.

No. 619. McCORD RADIATOR & MFG. Co. *v.* HORVATH. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James M. Beck, Charles E. Lewis,* and *Sherwin A. Hill* for petitioner. *Messrs. Merlin Wiley, O. L. Smith,* and *Robert Crosser* for respondent.

No. 638. AUGLAIZE BOX BOARD Co. *v.* KANSAS CITY FIBRE BOX Co. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wellmore B. Turner* for petitioner.